**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03178-PAB

SHERRY THIELEMIER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order [Docket No. 22] of Judge Philip A. Brimmer entered on March 31, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security that the plaintiff was not disabled is **AFFIRMED**. It is further

**ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff. It is further

**ORDERED** that the defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

**ORDERED** that this case is **CLOSED**.

Dated at Denver, Colorado this 31st day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk